**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:  TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This Document Relates To: | Master Docket Case No. 14-cv-01748 |
| *Jay Burkhart v. AbbVie, Inc., et al.,* Case No. 1:15-cv-07374 | Honorable Matthew F. Kennelly |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel indicated below who all consent to the filing of this stipulation, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiff Jay Burkhart ("Plaintiff") hereby dismisses his claims against defendants Auxilium Pharmaceuticals, Inc., GlaxoSmithKline LLC,  Eli Lilly and Company, Lilly USA, LLC, Acrux Limited, Acrux DDS Pty Ltd., Actavis plc, and Watson Laboratories, Inc. without prejudice, with each party to bear its own costs and attorneys' fees. Any re-filing of any claims against Auxilium Pharmaceuticals, Inc., GlaxoSmithKline LLC,  Eli Lilly and Company, Lilly USA, LLC, Acrux Limited, Acrux DDS Pty Ltd., Actavis plc, or Watson Laboratories, Inc. will be in federal court only and only in the form of a single plaintiff-family complaint.  Plaintiff will not oppose transfer of any re-filed action to any MDL involving similar Testosterone claims for pre-trial proceedings.

IT IS FURTHER STIPULATED AND AGREED by the parties, through their respective counsel indicated below who all consent to the filing of this stipulation, that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Medisca, Inc. and Professional Compounding Centers of America pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

Dated: January 22, 2016

/s/ Andrew K. Solow
Andrew K. Solow
KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10022
Phone: (212) 836-7740
Fax: (212) 836-6776
Email: Andrew.Solow@kayescholer.com

Daniel Meyers
KAYE SCHOLER LLP
70 West Madison, Suite 4200
Chicago, IL 60602
Phone: (312) 583-2393
Fax: (312) 583-2596
Email: daniel.meyers@kayescholer.com

*Attorneys for Auxilium Pharmaceuticals, Inc.,
Endo Pharmaceuticals Inc., and
GlaxoSmithKline LLC*

/s/ Daniel Christopher Burke (with
permission)
PARKER WAICHMAN ALONSO LLP
6 Harbor Park Drive
Port Washington, NY 11050
Phone: 516-723-4631
Fax: 516-466-6665
Email: dburke@yourlawyer.com

*Attorneys for Plaintiff*

/s/ Cara D. Edwards (with permission)
Cara D. Edwards
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
Phone: (212) 335-4500
Fax: (212) 335-4501
Email: cara.edwards@dlapiper.com

*Attorneys for Pfizer Inc. and Pharmacia &
Upjohn Co.*

/s/ Christopher R. Boisvert (with permission)
Christopher R. Boisvert
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Phone: (215) 994-2312
Fax: (215) 994-2222
Email: chip.boisvert@dechert.com

*Attorney for AbbVie, Inc., Abbott
Laboratories, Inc, AbbVie Products LLC,
Unimed Pharmaceuticals, LLC, Besins
Healthcare Inc., Besins Healthcare, S.A.*

/s/ Joseph P. Thomas (with permission)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (512) 698-5004
Email: jthomas@ulmer.com

Jeffrey Daniel Geoppinger
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5038
Email: jgeoppinger@ulmer.com

Jeffrey Francis Peck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5011
Email: jpeck@ulmer.com

K.C. Green
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202

Phone:  (513) 698-5008
Email:  kcgreen@ulmer.com

*Attorneys for Actavis, Inc., Actavis Pharma,
Inc. Actavis Laboratories UT, Inc., and Anda,
Inc.*

/s/ David E. Stanley  (with permission)
David E. Stanley
REED SMITH
355 S. Grand Avenue #2900
Los Angeles, CA  90071
Phone:  (213) 457-8085
Fax:  (213) 457-8080
Email:  dstanley@reedsmith.com

*Attorney for Eli Lilly and Company and
Lilly USA, LLC*

/s/ John William Bell  (with permission)
John William Bell
JOHNSON & BELL, LTD.
33 West Monroe Street
Suite 2700
Chicago, IL  60603
Phone:  (312) 372-0770
Fax:  (312) 372-9818
Email:  bellj@jbltd.com

Ramses Jalalpour
Johnson & Bell
33 West Monroe Street
Suite 2700
Chicago, IL  60603-5404
Phone:  312-372-0700
Fax:  312-372-9818
Email:  jalalpourr@jbltd.com

*Attorneys for Professional
Compounding Centers of America*

/s/ W. Gordon Dobie (with permission)
W. Gordon Dobie
WINSTON & STRAN LLP
35 West Wacker Drive
Chicago, IL  60601-9703
Phone:  (312) 558-5600
Email:  wdobie@winston.com

Thomas Gerald Weber
WINSTON & STRAN LLP
35 W. Wacker Drive
Chicago, IL  60601
Phone:  (952) 334-6088
Email:  tgweber@winston.com

*Attorneys for Medisca Inc.*

**CERTIFICATE OF SERVICE**

I, Andrew K. Solow, hereby certify that on January 22, 2016, the foregoing Joint

Stipulation of Dismissal Without Prejudice was filed via the Court's CM/ECF system, which will

automatically serve and send notification of such filing to all registered attorneys of record.  A

courtesy copy was also served via email to Daniel Christopher Burke at

dburke@yourlawyer.com and to Michelle L. Kranz at Pservice@toledolaw.com.


Dated: January 22, 2016                        /s/ Andrew K. Solow

                                                     Andrew K. Solow